# THE LAW OFFICE OF
## MICHAEL A. MARKOWITZ, P.C.

400 Garden C
Garden C
Telephone:
Telecopier:
E-Mail: attor

Michael A. Markowitz
Sharon Azmon  (Paralegal)

, P.C.

> Application denied. The initial pretrial conference will proceed on June 18, 2026 as previously scheduled (*see* Doc. 15).
>
> The Clerk of Court is respectfully requested to terminate the letter motion pending at Doc. 16.
>
> SO ORDERED.
>
> _Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>        June 16, 2026

By ECF Only.

Hon. Philip M. Halpern
300 Quarropas Street, Room 530
White Plains, New York 10601

Re:    Triple Clean Group, Inc. v. American Family Mutual Insurance Company, S.I. et. al.
      Case No.: 26-cv-03269-PMH

Your Honor,

My office represents the plaintiff in the above reference matter.  Request is made to adjourn the initial conference scheduled for June 18, 2026 at 10:00 a.m.  This request is made on consent from Kiernan Trebach LLP (by: Aram L. Erenburg, Esq.), the attorney for American Family Mutual Insurance Company, S.I.

I am attempting to have the defaulting defendants Michael D. Lato and Amy L. Toigo a/k/a Amy Lato appear in this action to serve an answer or otherwise move against the complaint. Furthermore, Mr. Erenburg and I are discussing a global settlement that should dispose this matter.

Respectfully, request is made to adjourn the initial conference to July 23, 2026 in the afternoon, or such other date and time that is directed by the Court.

Respectfully,

Michael A. Markowitz

fs/MAM
cc: Aram Erenburg, Esq. by email only.